IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CONSUELA BINGHAM, STEVE BINGHAM,
AND BOBBY JOENATHAN MARSHALL BINGHAM,
A MINOR BY AND THROUGH HIS PARENTS AND
NEXT FRIENDS CONSUELA AND STEVE BINGHAM                    PLAINTIFFS

VS.                                          CIVIL ACTION NO.: 1:05CV220-D-D

WEBSTER COUNTY, MISSISSIPPI;
WEBSTER COUNTY JAIL; DEPUTY SHERIFF
CALVIN ROBINSON, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY; SHERIFF REUBEN
MCCLUSKEY, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY; THE WEBSTER COUNTY SHERIFF'S
DEPARTMENT; THE UNIDENTIFIED JOHN DOE DEFENDANTS
1-10, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES;
THE CITY OF EUPORA, MISSISSIPPI; UNIDENTIFIED
JOHN DOE DEFENDANTS 11-20, IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES                                        DEFENDANTS

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby **ORDERED** that Defendant City of Eupora's Motion for Summary Judgment [docket entry. no. 80] is **GRANTED.** Defendant Webster County's Motion for Summary Judgment [docket entry no. 83] is **GRANTED** as to Plaintiffs' claims of racial discrimination, Title VII violation, false imprisonment and/or the denial of bail, unconstitutional conditions of confinement, and all State law claims. Defendant Webster County's Motion for Summary Judgment is **GRANTED** as to all claims brought by Steve Bingham and those brought on behalf of Bobby Joenathan Marshall Bingham. Summary judgment is **DENIED** as to Consuela Bingham's claims for the denial of medical care and related

failure to supervise, and these claims shall proceed against Webster County, Sheriff Reuben McCluskey, and Deputy Sheriff Calvin Robinson.

**SO ORDERED**, this the 1st day of October, 2007.

/s/ Glen H. Davidson
**GLEN H. DAVIDSON**
**SENIOR U.S. DISTRICT JUDGE**